UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JARED DION, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>IMPERVA, INC., a Delaware corporation.<br><br>      Defendant. | CASE NO. 3:24-cv-05795-JHC<br><br>JOINT STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS |

## **STIPULATION**

The parties have met and conferred regarding briefing deadlines as it relates to Defendant's forthcoming Motion to Dismiss (pursuant to Fed. R. Civ. P. 12(b)(6)) (the "Motion") Plaintiff's Complaint, and the parties hereby jointly request that the Court enter an order to modify certain briefing deadlines related to the Motion.

1. Defendant's deadline to respond to Plaintiff's Complaint is November 18, 2024.

2. The parties met and conferred on November 5, 2024, to discuss Defendant's forthcoming Motion since Plaintiff's counsel will be out of the country between November 20 and December 1, 2024.

3. The parties agree and stipulate to the following briefing deadlines:

- Defendant will file its Motion by December 2, 2024;
- Plaintiff will file his Response by December 20, 2024;

- Defendant will file its Reply by December 30, 2024.
- Hearing date December 30, 2024.

The parties respectfully request that the Court enter an order approving these dates for the Response and Reply briefing deadlines on Defendant's Motion to Dismiss. A proposed form of order accompanies this stipulation.

IT IS SO STIPULATED this 14th day of November, 2024.

| DICKERSON DAVIS AHMED, PLLC | FISHER & PHILLIPS LLP |
|---|---|
| By: *s/Mark K. Davis*<br>Mark K. Davis, WSBA No. 38713<br>100 Second Avenue S, Suite 190<br>Edmonds, WA 98020<br>Phone: (425) 776-1352<br>Email: mark@lawdda.com<br><br>Attorney for Plaintiff Jared Dion | By: *s/Clarence Belnavis*<br>Clarence Belnavis, WSBA No. 36681<br>Christina Shin, WSBA No. 56151<br>1700 7th Avenue, Suite 2200<br>Seattle, WA 98101<br>Phone: (206) 682-2308<br>Email: cbelnavis@fisherphillips.com<br>Email: cshin@fisherphillips.com<br><br>Attorneys for Defendant Imperva, Inc. |

## **ORDER**

PURSUANT TO STIPULATION, for an order setting the briefing schedule for Defendant's forthcoming Motion to Dismiss and the Court having considered the stipulation, it is hereby:

ORDERED, ADJUDGED AND DECREED that the Joint Stipulation Setting Briefing Schedule for Defendant's Motion to Dismiss is GRANTED.

DATED: November 14, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE