UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED DION, an individual,

    Plaintiff,

v.

IMPERVA, INC., a Delaware corporation,

    Defendant.

CASE NO. 3:24-cv-05795-JHC

STIPULATED MOTION TO EXTEND ANSWER AND ORDER

## STIPULATION

Plaintiff Jared Dion and Defendant Imperva, Inc. ("Imperva") hereby stipulate and request that Imperva be given additional time to file an Answer to Plaintiff's First Amended Complaint for Damages, moving the deadline to answer from May 21, 2025 to May 30, 2025. The additional time will allow Imperva to properly file an Answer to the allegations raised in Plaintiff's First Amended Complaint. Imperva contacted Plaintiff on May 20, 2025, requesting additional time to file its Answer. Plaintiff agreed to the extension.

//

//

//

Stipulated and agreed by all parties as of May 22, 2025,

DATED: <u>May 22, 2025</u>

s/Mark K. Davis
Mark K. Davis, WSBA No. 38713
DICKERSON DAVIS AHMED PLLC
100 Second Avenue S. Ste. 190
Edmonds, WA 98020
Phone: 425.776-1352
Email:  mark@lawdda.com

Attorney for Plaintiff

DATED:  May 22, 2025

s/Christina M. Shin
Clarence M. Belnavis, WSBA No. 36681
Christina M. Shin, WSBA No. 56151
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.247-7018
Email:  cbelnavis@fisherphillips.com
         cshin@fisherphillips.com

Attorneys for Defendant

**ORDER**

Plaintiff Jared Dion and Defendant Imperva, Inc. move the Court to provide Imperva, Inc. additional time to file an Answer to Plaintiff's First Amended Complaint. The Motion is granted and Imperva Inc.'s Answer is now due on May 30, 2025.

DATED this 23rd day of May, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE