UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JARED DION, an individual,<br><br>              Plaintiff,<br><br>   v.<br><br>IMPERVA, INC., a Delaware corporation,<br><br>              Defendant. | Case No.: 3:24-cv-05795-JHC<br><br>**STIPULATED MOTION TO CONTINUE TRIAL DATE AND ALL PRETRIAL DEADLINES AND ORDER**<br><br>NOTING DATE: December 1, 2025 |

### **STIPULATION**

Plaintiff Jared Dion and Defendant Imperva, Inc. (collectively, the "Parties") jointly submit this Stipulated Motion to Continue Trial Date and All Pretrial Deadlines. Specifically, the Parties respectfully request that the trial date and all pretrial deadlines be extended by 90 days. A continuance will allow the Parties sufficient time to continue their exchange of extensive discovery and effectively litigate this matter. The Parties represent that there is good cause for a continuance.

### **I.  FACTS RELEVANT TO THIS MOTION**

Plaintiff filed his Complaint with this Court on September 17, 2024 (ECF No. 1) and subsequently filed an Amended Complaint on May 7, 2025 (ECF No. 19). Trial is set for June 1, 2026, and the discovery cutoff is January 2, 2026. *See* Order Setting Trial Date and Related Dates

dated June 4, 2025 (ECF No. 22). To date, the Parties have exchanged discovery but in light of upcoming deadlines the Parties believe additional time in the case schedule will be necessary. Specifically, Defendant is working diligently to locate a substantial number of documents, which has taken a considerable amount of time due to its IT department being located in another country. Additionally, both Plaintiff and Defendant need time to take adequate depositions, however, they are facing tight deadlines with the upcoming holidays. Counsel has worked to complete discovery but need additional time due to scheduling issues which has limited their ability to conduct depositions and final discovery prior to its close on January 2, 2026.

The Parties believe that an extension of the below deadlines and the trial date will allow the Parties to complete discovery and effectively litigate this matter. This is the first time the Parties have requested the Court continue the scheduled dates. The proposed new deadlines are outlined below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Bench Trial (6-8 days) | June 1, 2026 | October 26, 2026 |
| Disclosure of expert testimony under FRCP 26(a)(2) | November 3, 2025 | February 2, 2026 |
| All motions related to discovery | December 3, 2025 | March 3, 2026 |
| Discovery completed | January 2, 2026 | April 2, 2026 |
| All dispositive motions and motions challenging expert witness testimony | February 2, 2026 | May 4, 2026 |
| Settlement conference | April 2, 2026 | July 1, 2026 |
| Motions in Limine | April 20, 2026 | July 20, 2026 |
| Agreed pretrial order | May 11, 2026 | August 10, 2026 |
| Deposition Designations | May 13, 2026 | August 11, 2026 |
| Pretrial conference | May 18, 2026 | August 17, 2026 |
| Trial briefs, proposed findings of fact and conclusions of law | May 26, 2026 | August 24, 2026 |

## II. ARGUMENT

The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(5); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992). In this case, the Parties jointly assert that good cause exists, and they agree that a continuance is necessary to allow the Parties sufficient time to complete all necessary discovery around their conflicts especially with the upcoming holidays. The Parties further believe good cause exists for an extension on all remaining deadlines and the trial date, to allow the Parties adequate time to engage in dispositive motions, where needed, and prepare for trial. Additionally, this would allow the Parties additional time to engage in settlement discussions without a pressing trial date.

## III. CONCLUSION

For the foregoing reasons, the Parties respectfully move the Court to continue the trial date and pretrial deadlines by ninety (90) days.

STIPULATED AND AGREED TO by the Parties as of December 1, 2025.

| | |
|---|---|
| *s/ Mark K. Davis (with consent)* | *s/ Clarence M. Belnavis* |
| Mark K. Davis, WSBA No. 38713 | Clarence M. Belnavis, WSBA No. 36681 |
| DICKERSON DAVIS AHMED PLLC | Christina M. Shin, WSBA No. 56151 |
| 100 Second Avenue S. Ste. 190 | FISHER & PHILLIPS LLP |
| Edmonds, WA 98020 | 1700 Seventh Avenue, Suite 2200 |
| Phone: 425.776.1352 | Seattle, WA 98101 |
| Email: mark@lawdda.com | Phone: 206.682.2308 |
| | Email: cbelnavis@fisherphillips.com |
| *Attorney for Plaintiff* | cshin@fisherphillips.com |
| | *Attorneys for Defendant* |

**ORDER**

Based on the foregoing, the Court CONTINUES trial in this matter to October 26, 2026. The Court is not inclined to grant another trial continuance. The Court DIRECTS the Clerk to issue a case scheduling order.

ORDERED this 2nd day of December, 2025.

*John H. Chun*
JOHN H. CHUN
United States District Judge