**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| **JARED DION, an individual** | NO. 3:24-cv-05795-JHC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| vs. | |
| **IMPERVA INC., a Delaware corporation,** | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Compel Discovery.  Dkt. # 31.  The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court GRANTS the motion with respect to the discovery requested.

Accordingly, the Court ORDERS Defendant to provide to Plaintiff, with respect to each of the seven witnesses at issue, their last known and most current contact information including email address(es), phone number(s), mailing address, business address, physical address, and/or residential address.  Defendant must provide this information on or before April 14, 2026.

ORDER
Page 1 of 2

The Court DENIES Plaintiff's request for attorney fees.[1]

DATED this 7th day of April, 2026.

John H. Chun
United States District Judge

---

[1] This ruling does not preclude Plaintiff from seeking the same attorney fees if he prevails in this matter.

ORDER
Page 2 of 2