UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED DION, an individual,

                        Plaintiff,

        v.

IMPERVA, INC., a Delaware corporation,

                        Defendant.

CASE NO. 3:24-cv-05795-JHC

**ORDER RE: DEFENDANT'S MOTION TO COMPEL DISCOVERY**

THIS MATTER comes before the Court on Defendant's Motion to Compel Discovery. Dkt. # 38. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, the Court ORDERS as follows:

The Court GRANTS the motion in part. On or before Friday, June 5, 2026, Plaintiff shall serve upon Defendant Plaintiff's supplementary response to Interrogatory No. 10, which shall include a computation of for each category of economic damages. The supplemental response at Dkt. # 43-3 at 2 does not suffice: for example, it lists an amount for unpaid commissions, but it does not provide a computation of that amount.

The Court DENIES as moot the parts of the motion unrelated to Interrogatory No. 10. And the Court DENIES Defendant's request for attorney fees and costs.

//

ORDER RE: DEFENDANT'S
MOTION TO COMPEL DISCOVERY – PAGE 1
(3:24-CV-05795-JHC)

DATED this 22nd day of May, 2026.


John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER RE: DEFENDANT'S MOTION TO
COMPEL DISCOVERY – PAGE 2
(3:24-CV-05795-JHC)