**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| **JARED DION, an individual** | NO. 3:24-cv-05795-JHC |
| Plaintiff, | **ORDER** |
| vs. | |
| **IMPERVA INC., a Delaware corporation,** | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Second Motion to Compel.  Dkt. # 40. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.  Being fully advised, the Court ORDERS as follows:

The Court GRANTS the motion with respect to the native versions of materials.  On or before Friday, June 5, 2026, Defendant shall produce native versions of (1) the calendar invitations; (2) the information from Xactly; (3) the emails about Plaintiff's commissions, including adjustments to the commissions; and (4) the emails between the Compensation Committee about Plaintiff.  Also on or before Friday, June 5, 2026, Defendant shall provide Plaintiff with a description of its process for preserving information and documents related to this case.

ORDER
Page 1 of 2

The Court DENIES the motion as to the deposition issue.  Plaintiff makes little argument as to why his requests are justified, and he does not respond to Defendant's response that many of the Rule 30(b)(6) topics are overbroad or are better directed at a percipient witness.  *See Adamson v. Pierce Cnty.*, 2023 WL 7280742, at *4 (W.D. Wash. Nov. 3, 2023) ("Courts have also disallowed Rule 30(b)(6) testimony where the information sought is more properly within the purview of percipient or expert witness testimony"); *Jones v. Hernandez*, 2018 WL 539082, at *2 (S.D. Cal. Jan. 23, 2018) ("when the identities of percipient witnesses are readily available, [and] no risk of bandying exists, [then] these individual percipient witnesses are the proper deponents").  This ruling is without prejudice to Plaintiff's ability to seek a Rule 30(b)(6) deposition with narrowed topics, to take place after the discovery cutoff if necessary, and subject to the Court's consideration of any objections thereto by the Defendant.

Thus, the Court GRANTS the motion in part and DENIES it in part.

Signed this 22nd day of May, 2026.

John H. Chun
United States District Judge

ORDER
Page 2 of 2