UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JARED DION, an individual,

Plaintiff,

v.

IMPERVA, INC., a Delaware corporation.

Defendant.

NO. 3:24-cv-05795-JHC

**ORDER**

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Extension of Pretrial Deadlines and to Continue Trial date.  Dkt. # 49.  Based on the motion, the Court CONTINUES trial in this matter to May 17, 2027.  The Court DIRECTS the Clerk to issue a standard case scheduling order that sets deadlines beginning with dispositive motions and motions challenging expert testimony.

ENTERED this 8th day of July, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1
(NO. 3:24-CV-05795-JHC)