HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JARED DION, an individual,<br>Plaintiff,<br>v.<br>IMPERVA, INC., a Delaware corporation,<br>Defendant. | CASE NO. 3:24-cv-05795-JHC<br>**STIPULATED AND ORDER OF DISMISSAL** |

## JOINT STIPULATION

COMES NOW the parties hereto, by and through their respective counsel of record, and hereby stipulate that this action, including any and all claims, counterclaims, and cross-claims, whether for indemnity and/or contribution by and among the parties hereto, and any and all others, whether or not actually asserted to date, shall be dismissed with prejudice and without cost to any party.

The parties further stipulate that this matter has been fully compromised and settled.

Dated this 23rd day of October, 2026.

Respectfully submitted,

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 23, 2026

Mark Davis

Mark K. Davis, WSBA No. 38713
DICKERSON DAVIS AHMED PLLC
100 Second Avenue S. Ste. 190
Edmonds, WA 98020
Phone: 425.776-1352
Email: mark@lawdda.com

Attorney for Plaintiff

DATED: October 28, 2026

Clarence M. Belnavis, WSBA No. 36681
FISHER & PHILLIPS LLP
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.247-7018
Email: cbelnavis@fisherphillips.com

Attorneys for Defendant

# ORDER

The parties having so stipulated and agreed, it is hereby **ORDERED** that this case is dismissed with prejudice and without costs or fees to either party.

DATED this 29th day of October, 2026.

John H. Chun
United States District Judge